**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Willie Jerome MACKINS,**
**Defendant–Appellant.**

No. 12–7934.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 26, 2013.

Decided March 1, 2013.

Willie Jerome Mackins, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Jerome Mackins appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mackins*, No. 3:97–cr–00022–MOC–4 (W.D.N.C. Oct. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*